IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRENDA STEVENSON, § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. 2:18-cv-00367 JRG |
| V. § | |
| § | |
| TYSON FOODS, INC. § | |
| Defendant. § | |

## PLAINTIFF'S NOTICE OF TRIAL WITNESSES

Plaintiff Brenda Stevenson, through the undersigned counsel, makes these Disclosures of Trial Witnesses in compliance with the Court's Docket Control Order dated November 20, 2018 [Doc 12].

1. Brenda Stevenson
   Plaintiff - She will testify live as to the circumstances of the incidents made the basis of this lawsuit and her resulting injuries and damages. Anticipated time 45 minutes.

2. Contetta (Contetter) Jackson
   Plaintiff's supervisor at Tyson - She is expected to testify live as to her knowledge concerning Tyson's policies and procedures, working conditions at the Tyson facility, the incidents made the basis of this lawsuit, Plaintiff's job duties, work performance and training received, and Plaintiff's claim for worker's compensation benefits. Anticipated time 45 minutes.

3. Crystal Koltonski, LVN
   Nurse at Defendant's facility - She is expected to testify live as to her knowledge concerning Tyson's policies and procedures, working conditions at the Tyson facility, medical treatment and assessment provided to Plaintiff both prior to and subsequent to the incident made the basis of this lawsuit, the incidents made the basis of this lawsuit, Plaintiff in general, her health condition both prior to and subsequent to the incident at issue, and Plaintiff's claim for worker's compensation benefits. Anticipated time 15 mins.

4. Amber Dodd
   Human Resources Manager and a benefits counselor at Defendant's facility - She is expected to testify live as to her knowledge concerning Tyson's policies and procedures, including but not limited to Tyson's personnel and employee policies in general, the incidents made the basis of this lawsuit, Plaintiff in general and her

hiring, orientation, disciplinary history, pay and employment status, and Plaintiff's claim for worker's compensation benefits. Anticipated time 15 mins.

5. Martha Ventura
Human Resources employee and benefits counselor at Defendant's facility - She is expected to testify live as to her knowledge concerning Tyson's policies and procedures, including but not limited to Tyson's personnel and employee policies in general, the incidents made the basis of this lawsuit, Plaintiff in general as well as her hiring, orientation, disciplinary history, pay and employment status, and Plaintiff's claim for worker's compensation benefits. Anticipated time 15 mins.

6. Jason Orsak
Complex Safety Manager at Defendant's facility - He is expected to testify live as to his knowledge of Defendant's policies and procedures, including but not limited to Tyson's safety policies in general, the incidents made the basis of this lawsuit, Plaintiff's claim for worker's compensation benefits, Plaintiff in general and the safety training she received, the configuration and design of the area at the facility where the initial incident occurred, the Ergo platform at issue and the issue of handrails in the debone cone lines . Anticipated time 15 mins.

7. Mary L. McCollister (McAllister)
Employee of Defendant and former supervisor of Plaintiff - She is expected to testify live as to her knowledge of Tyson's policies and procedures and of Plaintiff in general and her assigned work duties and work performance. Anticipated time 15 mins.

8. Jessica Gatlin, RN
Acting Nurse Manager at Tyson's facility - She is expected to testify live as to her knowledge concerning Tyson's policies and procedures, working conditions at the Tyson facility, medical treatment and assessment provided to Plaintiff both prior to and subsequent to the incident made the basis of this lawsuit, the incidents made the basis of this lawsuit, Plaintiff in general, her health condition both prior to and subsequent to the incident at issue, and Plaintiff's claim for worker's compensation benefits. Anticipated time 15 mins.

9. Cynthia Brinson
Employee of Defendant and former supervisor of Plaintiff - She is expected to testify live as to her knowledge of Tyson's policies and procedures and of Plaintiff in general and her assigned work duties and work performance. Anticipated time 15 mins.

10. Leland Chavez
    Human Resources employee at Defendant's facility - He is expected to testify live as to his knowledge of Tyson's policies and procedures, including but not limited to Tyson's personnel and employee policies in general, and of Plaintiff in general and her assigned work duties, hiring, orientation, disciplinary history, pay, employment status and work performance. Anticipated time 15 mins.

11. Raymond Harper
    Employee of Defendant and former supervisor of Plaintiff - He is expected to testify live as to his knowledge of Tyson's policies and procedures, and of Plaintiff in general and her work performance. Anticipated time 15 mins.

12. Tameika Maxwell-Rector
    Human Resources employee at Defendant's facility - She is expected to testify live as to her knowledge of Tyson's policies and procedures, including but not limited to Tyson's personnel and employee policies in general, and of Plaintiff in general and her hiring, orientation, disciplinary history, pay, and employment status. Anticipated time 15 mins.

13. Coty D. Mitchell
    Employee of Defendant and former supervisor of Plaintiff - He is expected to testify live as to his knowledge of Tyson's policies and procedures, and of Plaintiff in general and her work performance. Anticipated time 15 mins.

14. Clyde Dismuke, Jr.
    Human Resources employee at Defendant's facility - He is expected to testify live as to his knowledge of Tyson's policies and procedures, including but not limited to Tyson's personnel and employee policies in general, and of Plaintiff in general and her hiring, orientation, disciplinary history, pay, and employment status. Anticipated time 15 mins.

15. Carolyn Moore
    Human Resources employee at Defendant's facility - She is expected to testify live as to her knowledge of Tyson's policies and procedures, including but not limited to Tyson's personnel and employee policies in general, and of Plaintiff in general and her hiring, orientation, disciplinary history, pay, and employment status. Anticipated time 15 mins.

16. Christian "Chrissy" Rains, LVN
    Nurse at Tyson's facility - She is expected to testify live as to her knowledge concerning Tyson's policies and procedures, working conditions at the Tyson facility, medical treatment and assessment provided to Plaintiff both prior to and subsequent to the incident made the basis of this lawsuit, the incidents made the basis of this lawsuit, Plaintiff in general, her health condition both prior to and

subsequent to the incident at issue, and Plaintiff's claim for worker's compensation benefits. Anticipated time 15 mins.

17. Cordelia Ross
Employee of Defendant and former supervisor of Plaintiff - She is expected to testify live as to her knowledge of Tyson's policies and procedures, of Plaintiff in general and her work performance, the incidents made the basis of this lawsuit, and Plaintiff's claim for worker's compensation benefits. Anticipated time 15 mins.

18. Reginald Turner
Employee of Defendant and former supervisor of Plaintiff - He expected to testify live as to his knowledge of Tyson's policies and procedures, and of Plaintiff in general and her work performance. Anticipated time 15 mins.

19. Sarah Waller, LVN
Nurse at Defendant's facility - She is expected to testify live as to her knowledge concerning Tyson's policies and procedures, working conditions at the Tyson facility, medical treatment and assessment provided to Plaintiff both prior to and subsequent to the incident made the basis of this lawsuit, the incidents made the basis of this lawsuit, Plaintiff in general, her health condition both prior to and subsequent to the incident at issue, and Plaintiff's claim for worker's compensation benefits. Anticipated time 15 mins.

20. Benjamin Leggio, M.D.
Plaintiff's treating physician - He is expected to testify either live or by video deposition as to Plaintiff's medical treatment, cost of her treatment, injuries, diagnosis, prognosis and causation. Anticipated time 45 mins.

21. Pattie Sepulvado
Co-worker/Friend of Plaintiff - She is expected to testify live as to her knowledge of the injuries and damages Plaintiff suffered. Anticipated time 15 mins.

22. Sherri Boyd
Co-worker/Friend of Plaintiff - She is expected to testify live as to her knowledge of the injuries and damages Plaintiff suffered. Anticipated time 15 mins.

23. Susan Bray
Friend of Plaintiff - She is expected to testify live as to her knowledge of the injuries and damages Plaintiff suffered. Anticipated time 15 mins.

24. Patricia Stevenson
Sister of Plaintiff - She is expected to testify live as to her knowledge of the injuries and damages Plaintiff suffered. Anticipated time 15 mins.

Dated this 3rd day of April, 2019.

        Respectfully submitted,

        **THE LAW OFFICE OF**
        **DANIEL D. HOROWITZ, III, PC**

        By: ***/S/ DANIEL D. HOROWITZ, III***
            DANIEL D. HOROWITZ
            Attorney in Charge
            State Bar No. 24036804
            SDT No. 33114
            2100 Travis Street, Suite 280
            Houston TX  77002
            832-460-5181
            832-266-1478 Facsimile
            daniel@ddhlawyers.com

        **THE LAW OFFICE OF MATTHEW J. KITA**

        By: ***/S/ MATTHEW J. KITA***
            MATTHEW J. KITA
            State Bar No. 24050883
            PO Box 5119
            Dallas, Texas 75208
            214-699-1863
            214-347-7221 Facsimile
            matt@mattkita.com

        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 3rd day of April, 2019.

                         */s/ DANIEL D. HOROWITZ, III*
                         Daniel D. Horowitz

Zach Mayer
Mayer, LLP
750 North Saint Paul Street, Suite 700
Dallas, Texas  75201
214.379.6900
214.379.6939 fax
zmayer@krcl.com